[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 335.]

THE STATE EX REL. YARBER, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL, APPELLANTS AND CROSS-APPELLEES.

[Cite as *State ex rel. Yarber v. Indus. Comm.*, 1998-Ohio-95.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 97-1457—Submitted August 19, 1998—Decided October 7, 1998.)

APPEAL and CROSS-APPEAL from the Court of Appeals for Franklin County, No. 96APD08-1034.

_____

*Harris & Burgin* and *Denise L. Devney*, for appellee and cross-appellant.

*Betty D. Montgomery*, Attorney General, and *Steven P. Fixler,* Assistant Attorney General, for appellants and cross-appellees.

_____

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

_____